USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ARMON GRIM,

                        Defendant.

18 Cr. 324 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

WHEREAS the Court held a conference on a violation of supervised release on December 12, 2019;

WHEREAS the Defendant did not answer the violation specifications;

WHEREAS the Court imposed new conditions of supervised release, including that Defendant must remain sheltered at Ana's Place in the Bronx and return there before the shelter closes at 10:00 p.m. each night, participate in a mental health, drug treatment, and drug testing program at Montefiore Medical Center, and appear voluntarily in Defendant's Kings County state court proceedings when required; and

WHEREAS Defendant gave the office of probation consent to access his mental health records;

IT IS HEREBY ORDERED that the parties must appear for a further conference on **March 25, 2020, at 2:30 p.m.**

IT IS FURTHER ORDERED that the office of probation must provide a report to the Court no later than **January 8, 2020**, on Defendant's participation in a mental health and drug treatment program at Montefiore Medical Center.

IT IS FURTHER ORDERED that the conference scheduled for January 8, 2020, is cancelled.

SO ORDERED:

Dated:    New York, New York
             December 12, 2019

_____
VALERIE CAPRONI
United States District Judge