|  | | USDC SDNY |
|---|---|---|
| UNITED STATES DISTRICT COURT | | DOCUMENT |
| SOUTHERN DISTRICT OF NEW YORK | | ELECTRONICALLY FILED |
| ------------------------------------------------------------X | | DOC #: |
| | | DATE FILED: 3/13/2020 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:           18 Cr. 324 (VEC)
:
- v. -                                                :           ORDER
:
:
ARMON GRIM,                                           :
:
:
               Defendant.              :
-------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

WHEREAS a hearing on violation of supervised release is scheduled for March 25, 2020;

IT IS HEREBY ORDERED that the hearing is adjourned to **April 23, 2020, at 2:00 p.m.**

SO ORDERED:

Dated:   New York, New York
         March 13, 2020

_____
VALERIE CAPRONI
United States District Judge