USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA                         :                 18 Cr. 324 (VEC)
 :
- v. -                                                 :                 ORDER
 :
ARMON GRIM,                                  :
 :
Defendant.   :
-------------------------------------------------------------------- X

**VALERIE CAPRONI**, United States District Judge:

WHEREAS the Court held a conference on a violation of supervised release on December 12, 2019;

WHEREAS the Defendant did not answer the violation specifications;

WHEREAS the Court imposed new conditions of supervised release, including that Defendant must remain sheltered at Ana's Place in the Bronx and return there before the shelter closes at 10:00 p.m. each night, participate in a mental health, drug treatment, and drug testing program at Montefiore Medical Center, and appear voluntarily in Defendant's Kings County state court proceedings when required;

WHEREAS Defendant gave the office of probation consent to access his mental health records;

WHEREAS the office of probation provided a status report to the Court on January 8, 2020, representing that the Defendant was in compliance with his terms of supervised release and the conditions of this Court;

WHEREAS a conference is scheduled for April 23, 2020;

IT IS HEREBY ORDERED that the conference is adjourned to **June 11, 2020, at 11:00 a.m.**  The office of probation must provide a status report no later than **April 24, 2020**, on the Defendant's compliance with his terms of supervised release and this Court's conditions.

If the Court deems it necessary, the Court will schedule an earlier conference. The parties may also request such a conference.

SO ORDERED:

Dated:   New York, New York
         April 17, 2020

_____
VALERIE CAPRONI
United States District Judge