```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :        18 Cr. 324 (VEC)
                                                                  :
       - v. -                                                     :        ORDER
                                                                  :
                                                                  :
ARMON GRIM,                                                       :
                                                                  :
                              Defendant.                          :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2020

**VALERIE CAPRONI**, United States District Judge:

WHEREAS the status conference scheduled for August 19, 2020, is no longer convenient to the Court's schedule;

IT IS HEREBY ORDERED that the status conference is adjourned to **August 31, 2020, at 2:30 p.m.**

IT IS FURTHER ORDERED that Probation must submit a status report to the Court at chambers email not later than **August 21, 2020**.

IT IS FURTHER ORDERED that the public may dial-in to the status conference using (888) 363-4749 // Access code: 3121171# // Security code: 0324#.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers

promptly if you or your client (if attending the proceeding) does not meet the requirements.

SO ORDERED:

Dated:   New York, New York
         August 11, 2020

_____
VALERIE CAPRONI
United States District Judge