```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                :
:                    18 Cr. 324 (VEC)
:
- v. -                                  :                    ORDER
:
:
ARMON GRIM,                             :
:
:
                    Defendant.          :
-------------------------------------------------------------- X

**VALERIE CAPRONI**, United States District Judge:

WHEREAS a VOSR conference is scheduled for August 31, 2020; and

WHEREAS Defendant's counsel has instructed the Court that Defendant may not satisfy the requirements of the SDNY COVID-19 Courthouse Entry Program;

IT IS HEREBY ORDERED that the August 31 conference shall be conducted as a teleconference. The parties are instructed to dial-in to the conference using (888) 363-4749 // Access code: 3121171# // Security code: 0324#.

IT IS FURTHER ORDERED that defense counsel must be prepared to provide additional details on Defendant's current living situation, actual exposure to persons exhibiting symptoms of COVID-19, and any precautions Defendant is taking to limit his exposure to COVID-19.

SO ORDERED:

Dated:     New York, New York
           August 28, 2020

                                         _____
                                         VALERIE CAPRONI
                                         United States District Judge