```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
: 18 Cr. 324 (VEC)
:
- v. - : ORDER
:
:
ARMON GRIM, :
:
:
Defendant. :
-------------------------------------------------------------------- X

**VALERIE CAPRONI**, United States District Judge:

WHEREAS the Court was scheduled to hold a VOSR conference on August 31, 2020; and

WHEREAS Defendant did not dial-in to the teleconference;

IT IS HEREBY ORDERED that the Court will hold a VOSR conference on **September 8, 2020, at 3:30 p.m.** The September 8 conference shall be conducted as a teleconference. The parties are instructed to dial-in to the conference using (888) 363-4749 // Access code: 3121171# // Security code: 0324#.

IT IS FURTHER ORDERED that Defendant's counsel, Defendant's ACT team, and the Probation Department make every effort to communicate to Defendant that his presence is required at the September 8 teleconference.

SO ORDERED:

Dated:   New York, New York
         August 31, 2020

                                        _____
                                        VALERIE CAPRONI
                                        United States District Judge