```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
UNITED STATES OF AMERICA            :
:      18 Cr. 324 (VEC)
:
- v. -                              :      ORDER
:
:
ARMON GRIM,                         :
:
Defendant.     :
------------------------------------------------------------------ X

**VALERIE CAPRONI**, United States District Judge:

WHEREAS the Court was scheduled to hold a VOSR conference on August 31, 2020, but the Defendant did not dial-in to the teleconference;

WHEREAS the Court adjourned the VOSR conference until September 8, 2020, but the Defendant again did not dial-in to the teleconference;

IT IS HEREBY ORDERED that the Court will hold a VOSR conference on **September 15, 2020, at 3:00 p.m.**  The September 15 conference shall be conducted as a teleconference.  The parties are instructed to dial-in to the conference using (888) 363-4749 // Access code: 3121171# // Security code: 0324#.

IT IS FURTHER ORDERED that if Defendant fails to appear at the conference, the Government shall execute a warrant for Defendant's arrest.

SO ORDERED:

Dated:   New York, New York
         September 9, 2020

_____
VALERIE CAPRONI
United States District Judge