USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-

ARMON GRIM,

                      Defendant.

------------------------------------------------------------ X

18-CR-324 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 23, 2020, the Court held a Violation of Supervised Release hearing in this matter;

IT IS HEREBY ORDERED that the hearing is adjourned to **December 1, 2020, at 2:30 p.m.**

IT IS FURTHER ORDERED that the Probation Department must provide the Court with an updated status report not later than **November 16, 2020**.

**SO ORDERED.**

Date: September 23, 2020
New York, NY

                    **VALERIE CAPRONI**
                    **United States District Judge**