USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                                         18-CR-324 (VEC)

ARMON GRIM,                                        ORDER

                             Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 23, 2020, the Court held a Violation of Supervised Release hearing in this matter;

    WHEREAS the Court adjourned the VOSR hearing to December 1, 2020; and

    WHEREAS on November 16, 2020, the Court received a report from the Probation Department indicating that Mr. Grim has remained in compliance with the terms of his supervised release since the previous hearing;

    IT IS HEREBY ORDERED that the December 1, 2020 hearing is adjourned to **February 16, 2021, at 11:00 a.m.**

    IT IS FURTHER ORDERED that the Probation Department must provide the Court with an updated status report not later than **February 1, 2021**.

**SO ORDERED.**

Date:  November 17, 2020                               _____
         New York, NY                                   **VALERIE CAPRONI**
                                                            **United States District Judge**