**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2021

March 1, 2021

**BY ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

Re:   **United States v. Armon Grim**
      **18 Cr. 324 (VEC)**

Dear Judge Caproni:

     I am the attorney for Armon Grim, the defendant in the above-captioned case, and write to request a two-week adjournment of the next appearance, which is currently scheduled for March 2, 2021. On February 19, 2021, Mr. Grim voluntarily checked himself into a detox program at Bronx Care. On February 23, 2021, Mr. Grim began a 21-day inpatient treatment program at Bronx Care. To ensure that Mr. Grim can continue his inpatient treatment without disruption, the defense requests a two-week adjournment – the date upon which Mr. Grim is expected to complete inpatient treatment.

     I have conferred with AUSA Nicholas Chiuchiolo and I understand that he does not object to this two-week adjournment. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (917) 890-7612

cc:   AUSA Nicholas Chiuchiolo (by ECF)

---

Application GRANTED. The VOSR hearing scheduled for March 2, 2021, is ADJOURNED until **March 16, 2021, at 1:30 p.m.**

SO ORDERED.

*Valerie Caproni*
3/1/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE