USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA,                                   :
                                                               :
           -against-                                           :     18-CR-324 (VEC)
                                                               :
   ARMON GRIM,                                                 :     ORDER
                                                               :
                                  Defendant.                   :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 13, 2021, the Defendant was arraigned on the Violation of Supervised Release in this matter;

IT IS HEREBY ORDERED that the hearing is adjourned to **July 22, 2021, at 11:00 a.m.**

IT IS FURTHER ORDERED that the Probation Department must provide the Court with an updated status report not later than **July 15, 2021**. To the extent Mr. Grim remains in compliance with the terms of his supervision, the Court will again adjourn the VOSR hearing.

**SO ORDERED.**

**Date:** April 13, 2021
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**