USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -against-

ARMON GRIM,

                       Defendant.

-------------------------------------------------------------- X

18-CR-324 (VEC)

**ORDER**

**VALERIE CAPRONI**, United States District Judge:

    WHEREAS on August 3, 2021, the Government and defense counsel appeared for a VOSR hearing; and

    WHEREAS the Defendant was absent from the hearing because he was seeking admission to an in-patient treatment facility;

    IT IS HEREBY ORDERED that the hearing is adjourned to **August 12, 2021, at 10:00 a.m.**

    IT IS FURTHER ORDERED that defense counsel must notify the Court whether Mr. Grim has been admitted to Bronx Lebanon rehabilitation not later than close of business on **August 5, 2021**. To the extent Mr. Grim has been admitted by August 5, 2021, the Court will adjourn the August 12, 2021 VOSR hearing.

    IT IS FURTHER ORDERED that the Probation Department must confer with defense counsel and Mr. Grim's ACT team and, not later than **August 9, 2021**, advise the Court on the recommended duration of in-patient treatment for Mr. Grim.

**SO ORDERED.**

**Date: August 3, 2021**
**New York, NY**

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**