```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA,

        -against-                                18-CR-324 (VEC)

   ARMON GRIM,                              ORDER

                         Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear for a VOSR hearing on August 12, 2021, at 10:00 a.m.; and

WHEREAS defense counsel has a conflict at that time;

IT IS HEREBY ORDERED that the hearing is adjourned to **August 12, 2021, at 4:00 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: August 5, 2021**
**New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**