USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                                     18-CR-324 (VEC)

ARMON GRIM,                                        ORDER

                                Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 12, 2021, the Government and defense counsel appeared for a VOSR hearing; and

       WHEREAS the Defendant did not appear at the hearing;

       IT IS HEREBY ORDERED that Defendant must gain admission to Bronx Lebanon or other similar in-patient treatment program by **August 26, 2021**. If Mr. Grim has not been admitted to a qualifying program by that date, the Court will issue a warrant for his arrest in connection with his failure to appear at the August 12, 2021 scheduled court appearance.

       IT IS FURTHER ORDERED that not later than **August 19, 2021**, the parties must submit a joint letter updating the Court on the status of Mr. Grim's efforts to gain entry to an in-patient program and confirming that Mr. Grim's ACT team has informed him of the Court's order; if contact has not been made with Mr. Grim by that date, the Court will issue a warrant for his arrest in connection with his failure to appear at the August 12, 2021 scheduled court appearance.

       IT IS FURTHER ORDERED that the Probation Office is directed to discuss with Mr. Grim's ACT team the recommended period of time during which Mr. Grim should participate in

an in-patient treatment program and to make a recommendation to the Court not later than **August 26, 2021**.

IT IS FURTHER ORDERED that, effective immediately and pending a recommendation from Probation regarding the length of in-patient treatment, the Court is imposing as a special condition of supervised release that Mr. Grim must participate in an in-patient treatment program for at least 30 days.

IT IS FURTHER ORDERED that the VOSR hearing is adjourned to **September 2, 2021, at 2:30 p.m.**, in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  If at that time Mr. Grim has been admitted to and is continuing to participate in an in-patient treatment program, the Court will adjourn the September 2 hearing.  Mr. Grim is forewarned that if he has not been admitted to an in-patient drug treatment by August 26, 2021, or if he was admitted but is not continuing to participate in the program on September 2, 2021, the Court is likely to remand him until the resolution of the pending violations of supervised release can be resolved.

**SO ORDERED.**

Date:  August 12, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**