USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-　　　　　　　　　　　　　　　　18-CR-324 (VEC)

ARMON GRIM,　　　　　　　　　　　　　　　　ORDER

                    Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 12, 2021, after the Government and defense counsel appeared at a VOSR hearing but the Defendant did not, the Court adjourned the VOSR hearing until September 2, 2021, at 2:30 p.m.;

    WHEREAS the Court ordered that, if by August 19, 2021, the parties had been unable to make contact with Mr. Grim to inform him of the Court's orders, the Court would issue a warrant for his arrest in connection with his failure to appear at the August 12, 2021 hearing;

    WHEREAS the parties were unable to connect with Mr. Grim by August 19, 2021; and

    WHEREAS on August 21, 2021, the Court issued a warrant for Mr. Grim's arrest;

    IT IS HEREBY ORDERED that the September 2, 2021 VOSR hearing is CANCELED. The Court will schedule a hearing after Mr. Grim has been arrested pursuant to the August 21, 2021 warrant.

**SO ORDERED.**

**Date:  August 26, 2021**　　　　　　　　　　　_____
      **New York, NY**　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**