```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA,            :
                                                   :
              -against-                    :          18-CR-324 (VEC)
                                                   :
   ARMON GRIM,                                  :          <u>ORDER</u>
                                                   :
                         Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 21, 2021, the Court issued a warrant for Mr. Grim's arrest after his failure to appear at multiple VOSR hearings and his failure to abide by the Court's orders;

       WHEREAS on September 7, 2021, Mr. Grim was presented before the magistrate judge on specifications 17–25 and waived a preliminary hearing; and

       WHEREAS the magistrate judge ordered that Mr. Grim be detained pending a hearing before the undersigned;

       IT IS HEREBY ORDERED that the parties must appear for a VOSR hearing on **September 20, 2021, at 10:00 a.m.**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

       IT IS FURTHER ORDERED that the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0324#.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

                                                                       _____
Date:  September 9, 2021                              **VALERIE CAPRONI**
       New York, NY                                     **United States District Judge**