```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------  X
    UNITED STATES OF AMERICA,                                 :
                                                              :
        -against-                                             :    18-CR-324 (VEC)
                                                              :
    ARMON GRIM,                                               :    ORDER
                                                              :
                        Defendant.                            :
------------------------------------------------------------  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/21

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 20, 2021, the parties appeared before the Court for a VOSR hearing;

IT IS HEREBY ORDERED that, for the reasons stated on the record at the September 20, 2021 hearing, the special conditions for Mr. Grim's supervised release are modified to include that as a Special Condition he must participate in an inpatient drug and alcohol treatment program approved by the Probation Office. The program may include testing to determine whether Defendant has reverted to the use of drugs or alcohol. Defendant must contribute to the cost of services based on his ability to pay or the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the Pre-Sentence Report, to the substance abuse provider.

**SO ORDERED.**

Date: September 20, 2021
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**

1