UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

ARMON GRIM,

                            Defendant.
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/8/21
```

18-CR-324 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Mr. Grim has successfully completed an inpatient drug treatment program approved by the Probation Office;

    IT IS HEREBY ORDERED that the Violation of Supervised Release entered in this case is dismissed, and Mr. Grim is discharged from Supervised Release.

**SO ORDERED.**

Date: **November 8, 2021**
      **New York, NY**

                                                              *[signature]*
                                                 **VALERIE CAPRONI**
                                              **United States District Judge**